UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEAN GALLO,

                        Plaintiff,                  21 CV 5011 (KMK)

    -against-                                   **STIPULATION OF DISMISSAL**
                                                      **WITH PREJUDICE**

McCAREY LANDSCAPING, INC.,

                        Defendant.
-----------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conserved and no person not a party has an interest in the subject matter of the action, that plaintiff's action is hereby discontinued, with prejudice, without costs or fees to either party as against the other.

Dated: September 23, 2021

WATKINS LAW

_____
Christopher D. Watkins
5 Paradies Lane
New Paltz, NY 12561
(845) 419-2250
*Attorneys for Plaintiff*

SO ORDERED:
_____
Kenneth M. Karas, U.S.D.J.
9/30/21

CATANIA, MAHON & RIDER, PLLC

_____
Michael E. Catania
641 Broadway
Newburgh, NY 12550
(845) 565-1100
*Attorneys for Defendant*